# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5165**                                  **September Term, 2024**

**1:25-cv-00425-SLS**

**Filed On:** June 18, 2025

Susan Tsui Grundmann,

        Appellee

        v.

Donald J. Trump, in his official capacity as
President and Colleen Duffy Kiko, in her
official capacity as chairman of the Federal
Labor Relations Authority,

        Appellants


    **BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion for a stay pending appeal and an administrative stay, it is

**ORDERED** that the district court's March 12, 2025, order be administratively stayed pending further order of this court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

**FURTHER ORDERED** that appellee file a response to the motion by June 23, 2025. Any reply is due June 27, 2025.


        **Per Curiam**


                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                Selena R. Gancasz
                Deputy Clerk